UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20946-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DANIEL QUINONEZ**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the sealed *ex parte* Notice of Filing Proposed Attorney Case Budget [ECF No. 1085], the Notice of Filing Proposed Amended Investigator Case Budget [ECF No. 1086], and Magistrate Judge Chris McAliley's Sealed Report and Recommendations on Counsel's Notices [ECF No. 1095]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 1095]** is **AFFIRMED**. The Attorney Case Budget [ECF No. 1085], and the Amended Investigator Case Budget [ECF No. 1086] are **APPROVED**. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 25th day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record